JAMES DAL BON
1   CA BAR #157942
LAW OFFICES OF JAMES DAL BON
2   28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
3   TEL (408)297-4729
FAX (408)297-4728
4
ATTORNEY FOR PLAINTIFFS
5

6
UNITED STATES DISTRICT COURT
7
FOR THE
8
NORTHERN DISTRICT OF CALIFORNIA
9

10                                        )   Case No:  C 07 – 06049-JF
                                          )
11                                        )   VOLUNTARY DISMISSAL RULE OF
         Juan Carlos Hernandez,           )   FEDERAL CIVIL PROCEDURE
12                                        )   41(a)(1)(ii)
                                          )
13                                        )
                                          )
14                                        )
                                          )
15              Plaintiffs,               )
                                          )
         vs.                              )
16                                        )
                                          )
17       Emerald Market LLC, Jack Aho, and Does 1-10.  )
                                          )
18                                        )
                Defendants,               )
19       _____

20
1)      The parties having entered into a settlement agreement on   May 2008 *May 8, 2008*   wFD
21
hereby stipulated to dismiss their case  under Federal Rule of Civil Procedure 41(a)(1)(ii).
22
23       with prejudice.

24

25

1  Dated: 5/21/08

2

3

4
_____
5  James Dal Bon for the Plaintiff

6  Law Offices of James Dal Bon

7

8

9  Dated: 5/21/08

10

11

12

13  ____William F. Devine Jr.____

14

15
WILLIAM F. DEVINE, Jr., Attorney for Defendants
16

17

18

19

20

21

22

23

24

25